UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

LEROY GARCIA,

Plaintiff,

-against-

CITY OF NEW YORK; RETIRED OFFICER ADAM MALKI; POLICE OFFICER JOHN DOE 1-5; SUPERVISING NYPD OFFICERS JOHN AND JANE DOE 6-10; NEW YORK POLICE DEPARTMENT; and POLICE OFFICER JANE DOE 1-5;

Defendants.

26-CV-1538 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkt. 9;

WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all three Defendants, Dkt. 9; and

WHEREAS no defendant has either appeared or answered;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **August 12, 2026**.

**SO ORDERED.**

**Date: July 29, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**