UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY GARCIA,

Plaintiff,

-against-

CITY OF NEW YORK; RETIRED OFFICER ADAM MALKI; POLICE OFFICER JOHN DOE 1-5; SUPERVISING NYPD OFFICERS JOHN AND JANE DOE 6-10; NEW YORK POLICE DEPARTMENT; and POLICE OFFICER JANE DOE 1-5;

Defendants.

26-CV-1538 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff initiated this action against Defendants on February 24, 2026, *see* Compl., Dkts. 1, 5;

WHEREAS Defendants moved to dismiss the Complaint, *see* Dkt. 19 (the "Motion"); and

WHEREAS Plaintiff filed an Amended Complaint on November 16, 2026, pursuant to Federal Rule of Civil Procedure 15(a)(1), *see* Dkt. 23.

IT IS HEREBY ORDERED that Defendants' Motion at Dkt. 19 is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that Defendants must answer or otherwise respond to the Amended Complaint, *see* Dkt. 23, no later than **December 4, 2026**. Plaintiff must file an opposition to any motion made by Defendants no later than **December 18, 2026**. Defendants must file a reply on **January 8, 2027**.

**SO ORDERED.**

**Date: November 17, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**